**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **KAYLER R. HANCOCK, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN, L.R.H AND L.L.H** | **CIVIL ACTION** |
| | **NO. 6:14-cv-03424-RTH-CHM** |
| **vs.** | **JUDGE: ELIZABETH E. FOOTE** |
| | **MAG.: PATRICK J. HANNA** |
| **FIELDWOOD ENERGY, LLC, FIELDWOOD ENERGY OFFSHORE, LLC AND ISLAND OPERATING COMPANY, INC.** | |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes the parties hereto, appearing through their respective attorneys, who suggest that the said parties have compromised any and all claims asserted in this litigation, and therefore pray for a full dismissal as to all claims, with prejudice, with each party to bear their own costs. Undersigned counsel, Ped C. Kay, III, received consent from all counsel to sign and file electronically on their behalf.

Respectfully submitted,

*/s/ Andrew J. Quakenbos*
**DOMENGEAUX WRIGHT ROY EDWARDS & COLOMB**
ANDREW J. QUANCKENBOS (#31924)
andrewq@wrightroy.com
556 Jefferson Street, Suite 500
Lafayette, LA 70502-3668
Phone: (337) 233-3033
Facsimile: (337) 232-8213
Attorney for Kayler Hancock

*/s/Ped C. Kay, III*
**BROUSSARD & KAY**
PED C. KAY, III (#20892)
ped@bandkay.com
909 Garber Road
P. O. Box 189
Broussard, LA 70518
Phone: (337)232-1666
Facsimile: (337)330-4766
Attorney for Island Operating Company, Inc.

*/s/ Daryl A. Higgins*
**GAUDRY, RANSON, HIGGINS & GREMILLION, LLC**
DARYL A. HIGGINS (#6868)
DHiggins@grhg.net
401 Whitney Ave., Suite 500
Gretna, LA 70056
Phone: (504) 362-2466
Facsimile: (504) 362-5938
Attorney for Fieldwood Energy, LLC

*/s/ Lara N. DiCristina*
**FRILOT, L.L.C**
LARA N. DICRISTINA (#27585)
ldicristina@friolt.com
1100 Poydras Street, Suite 3700
New Orleans, LA 70163-3600
Phone: (504) 599-8000
Facsimile: (504) 599-8100
Attorney for Certain Underwriters at Lloyd's London severally subscribing to Policy Nos. 14CGLN9506, 14XS1N9508, 14XS2N9509, 14XS3N9510

*/s/ Daniel P. Sullivan*
**MOULEDOUX, BLAND, LEGRANDE, BRACETT, LLC**
DANIEL P. SULLIVAN (# 35572)
DSullivan@mblb.com
701 Poydras Street, Suite 4250
New Orleans, LA 70139
Phone: (504) 595-3000
Facsimile: (504) 522-2121
Attorney for Intervenors Starr Indemnity & Liability and Turnkey Cleaning Services GOM, LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on the 18 day of April 2017, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing, or via facsimile transmission to all known counsel of record.

*/s/ Ped C. Kay, III*
**Ped C. KAY, III**