UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KAYLER R. HANCOCK, ET AL.** | *CIVIL NO. 6:14-3424 c/w 6:15-922, 6:15-1977, 6:15-1979 |
| **VERSUS** | *JUDGE FOOTE |
| **FIELDWOOD ENERGY, LLC., ET AL.** | *MAGISTRATE JUDGE HANNA |

## ORDER

Given the settlement reached by the parties with respect to the claims of Kayler R. Hancock (6:14-3424), Seth Cormier (6:15-1979) and Colte Cahanin (6:15-1977), leaving only the claims of Daniel E. Hancock (6:15-922) before the Court, all future **monthly status conferences** are **canceled.** Should the parties require this Court's assistance, they may contact chambers of the undersigned Magistrate Judge so that a status conference may be set.

Signed at Lafayette, Louisiana on April 19, 2017.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE